Chartrisse A. Adlam, Esq.
Law Offices of David M. Sperling
81 Carleton Ave.,
Central Islip, NY 11722
cadlam@davidsperlinglaw.com
adlamlaw@hotmail.com
631-232-9555

# UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF NEW YORK

**WILLIAM ENRIQUE SANCHEZ ALFARO**

Petitioner,

**v.**

**JUDITH ALMODOVAR,** Field Office
Director of Enforcement and Removal
Operations, New York City Field Office,
Immigration and Customs Enforcement;
**Kristi NOEM,** Secretary, U.S. Department of
Homeland Security; U.S. DEPARTMENT OF
HOMELAND SECURITY;
**HON. Pamela BONDI,** U.S. Attorney General;
EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW;
**RAUL MALDONADO, JR.,** Warden of
Metropolitan Detention Center Brooklyn,

Respondents.

**MOTION FOR RELEASE/BOND**

Case No. 2:26-cv-00766-GRB

## MOTION FOR RELEASE/BOND

The Petitioner, William E. Sanchez Alfaro, respectfully moves this Court for authorization to be

released under reasonable conditions in connection with Case No. 2:26-cv-00766-GRB.

1

## Equitable Relief

The Court has the authority in civil matters to require security or authorize release to ensure fairness and compliance. The Petitioner is prepared to comply fully with all reasonable conditions imposed by the Court.

## Petitioner's Ability and Willingness to Comply

The Petitioner has consistently demonstrated the ability and willingness to comply with all legal and Court directives. He has strong ties to the community, including stable personal and professional relationships, which provide both support and accountability. He maintains stable financial resources, evidenced by consistent employment, timely tax filings, and ownership of a legitimate business. These factors reflect both responsibility and reliability. The Petitioner has no prior criminal history, further underscoring his law-abiding nature and respect for the legal system. Additionally, he is an essential worker at Primetime Welding Corp., highlighting his indispensable role in the workforce and his commitment to fulfilling professional obligations. Taken together, these attributes strongly indicate that the Petitioner poses a minimal risk of non-compliance with any Court orders.

## Proposed Conditions for Release:

The Petitioner proposes the following conditions:

Posting a bond or financial security acceptable to the Court,

Reporting or monitoring as directed by the Court,

Any other conditions deemed appropriate by the Court.

2

3

For the reasons stated above, the Petitioner respectfully requests that the Court grant this Motion for Release/Bond, under conditions deemed appropriate to ensure compliance and the orderly progression of this civil matter.

Respectfully submitted,

Chartrisse A. Adlam, Esq.
Law Offices of David M. Sperling
81 Carleton Ave.,
Central Islip, NY 11722
cadlam@davidsperlinglaw.com
adlamlaw@hotmail.com
631-232-9555

3