



lawyers@dms.law

www.dms.law

@immigrationattorneyli

Monday, March 9, 2026

VIA ECF
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE:     *Sanchez Alfaro v. Almodovar et al.,* No. 26:cv-00766 (Brown, J.)

Dear Judge Brown:

This office, through undesigned counsel, represents the petitioner Mr. William Enrique Sanchez Alfaro. On February 25, 2026 after the hearing the Court asked for a copy of the back of the Employment Authorization Card (EAD). Although ICE returned most of the Petitioner's property, ICE has refused to return the EAD card and his lawfully issued New York State Driver's License. Counsel did reach out to AUSA Price to see if he could obtain a copy of the back of the EAD card from his client.

Thank you for Your Honor's consideration of this submission.

Respectfully Submitted,

Chartrisse A. Adlam, Esq.
Law Offices of David M. Sperling
*Counsel for Petitioner*

cc: By ECF
Thomas R. Price, Esq.
*Assistant United States Attorney*

☒ 81 Carleton Ave, Central Islip, NY 11722
☐ 1391 New York Ave, Huntington Station, NY 11746
☐ 80 W. Main St, Riverhead, NY 11901
☐ 27 W. Columbia St, Hempstead, NY 11550

(631) 232-9555 – Fax (631) 232-9520
(631) 427-1158 – Fax (631) 427-6551
(631) 740-9150 – Fax (631) 284-6099
(516) 214-6340 – Fax (516) 280-2455