**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
WILLIAM ENRIQUE SANCHEZ
ALFARO,

                    Petitioner,

        - against -

MARKWAYNE MULLIN, Secretary, U.S.
Dept. of Homeland Security, *et al*.

                    Respondents.
----------------------------------------------------------X

                                                  **JUDGMENT**
                                                  CV 26-0766 (GRB)

A Memorandum and Order of the Honorable Gary R. Brown, United States District

Judge, having been filed on May 18, 2026; granting Petitioner's petition for a writ of habeas

corpus 28 U.S.C. § 2241 and (1) enjoining Respondents from re-detaining Petitioner for the

purpose of a civil immigration enforcement action, absent Petitioner's involvement in a felony or

other act pursuant to U.S.C. § 1226(c) or the issuance of a final removal under 8 U.S.C.

§1231(a); (2) directing ICE to obtain a valid warrant of arrest before effecting a civil

immigration arrest in this judicial district, except when an immigrations officer has reason to

believe that the person is likely to escape before a warrant can be obtained in accordance with 8

C.F.R. § 287.8(c)(2)(ii); and (3) directing USCIS not to take steps to again terminate Petitioner's

deferred action and work authorization, unless subject to certain exceptions, it is

        **ORDERED AND ADJUDGED** that Petitioner, William Enrique Sanchez Alfaro's

petition for a writ of habeas corpus is granted and (1) that Respondents are enjoined from re-

detaining Petitioner for the purpose of a civil immigration enforcement action, absent

Petitioner's involvement in a felony or other act pursuant to U.S.C. § 1226(c) or the issuance of a

final removal under 8 U.S.C. §1231(a); (2) that ICE is directed to obtain a valid warrant of arrest

before effecting a civil immigration arrest in this judicial district, except when an immigrations

officer has reason to believe that the person is likely to escape before a warrant can be obtained

in accordance with 8 C.F.R. § 287.8(c)(2)(ii); and (3) that USCIS is directed not to take steps to

again terminate Petitioner's deferred action and work authorization, unless subject certain

exceptions; and that the case is closed.


Dated: May 19, 2026                    Approved by: */S/ Gary R. Brown*
      Central Islip, New York                    GARY R. BROWN
                                      United States District Judge


Dated: May 19, 2026                    Approved by:
      Central Islip, New York                    BRENNA B. MAHONNEY
                                        Clerk of Court


2